IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

    Plaintiff,                      No. CIV S-05-0288 GEB KJM P

    vs.

S. SCHMIERER, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983, and has requested authority to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

        As a preliminary matter, before this court can make the determination whether plaintiff can proceed in forma pauperis, it is necessary to consider the number of lawsuits plaintiff has filed and their dispositions. Plaintiff has signed his complaint under the penalty of perjury. He avers he has filed one previous lawsuit and has written "n/a" to questions about docket number, date of filing, and disposition. Am. Compl. at 2.

        This court may and does take judicial notice of its own records, which show plaintiff has filed more than twenty-four lawsuits in the United States District Court for the

Eastern District of California. <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980). It appears that plaintiff has failed truthfully to list the actual number of cases he has filed before filing this complaint. It is possible he has done so because he has been barred from filing further suits under 28 U.S.C. § 1915(g).

Within twenty days of the date this order is filed, plaintiff must show cause why this court should not impose the sanction of dismissal under Fed. R. Civ. P. 11(c)(1)(B) for violating Fed. R. Civ. P. 11(b). Plaintiff also must describe what happened to each of his earlier lawsuits. Failure to respond to this order will result in a recommendation that the action be dismissed with prejudice.

Accordingly, IT IS ORDERED that:

1. Within twenty days of the date this order is filed, plaintiff must show cause why this court should not impose the sanction of dismissal under Fed. R. Civ. P. 11(c)(1)(B) for violating Fed. R. Civ. P. 11(b), for his failure to declare truthfully the number of lawsuits he had filed before filing this action; and

2. Plaintiff must describe the outcome of each of the lawsuits he has filed as a prisoner.

DATED: May 19, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2/camp0288.osc

2