IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

        Plaintiff,                        No. CIV S-05-0288 GEB-KJM P

    vs.

S. SCHMIERER et al.,

        Defendants.              FINDINGS AND RECOMMENDATIONS

        Plaintiff is a prisoner proceeding pro se with a civil rights action. On May 20, 2005, the court ordered plaintiff to describe the outcome of each of the lawsuits he has filed while a prisoner.

        On June 7, 2005, plaintiff filed his response. He fails to describe the outcome of each lawsuit, but instead provides general information about the basis of his claims. He further avers he was not intentionally untruthful when he failed to list his prior lawsuits in his complaint, but rather suffers from mental illness and organic brain problems.

        Plaintiff has not complied with this court's order, for he has not provided any information about the disposition of his prior lawsuits. Plaintiff was warned that failure to respond would result in a recommendation that the action be dismissed with prejudice.

/////

1

1   IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice.
2   Fed. R. Civ. P. 11 (c)(1)(B); Fed. R. Civ. P. 41 (b).
3   These findings and recommendations are submitted to the United States District
4   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
5   days after being served with these findings and recommendations, plaintiff may file written
6   objections with the court.  The document should be captioned "Objections to Magistrate Judge's
7   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
8   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
9   F.2d 1153 (9th Cir. 1991).
10  DATED:  June 14, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
camp0288.56